**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| United States, | ) |
| Plaintiff, | ) |
| vs. | ) 2:03-cr-00413-RCJ-PAL |
| Charles Stephen Manley, | ) **ORDER** |
| Defendant. | ) |

In his Motion to Reduce Sentence (ECF No. 56), the Defendant argues that he is entitled to more good time credit. Challenges regarding good time credit need to be raised in a 28 U.S.C. § 2241 habeas corpus petition. *Reno v. Koray*, 515 U.S. 50, 53 (1995). Here the Defendant simply filed a motion as part of his criminal case. The challenges need to be sought in the district of confinement. *Harrison v. Ollison*, 519 F.3d 952, 956 (9th Cir. 2008). Here the Defendant was confined in California at the time of petition and is now released. *See* Federal Bureau of Prisons, Find an Inmate, https://www.bop.gov/inmateloc/ (last visited on May 9, 2019). Lastly, the writs need to be sought only after a defendant has exhausted the administrative remedies. *Tucker v. Carlson*, 925 F.2d 330, 332 (9th Cir. 1991). Here the Defendant has not made such a showing. For all of these reasons, the Court denies the Defendant's motion.

///

///

# CONCLUSION

IT IS HEREBY ORDERED that the Defendant's Motion to Reduce Sentence (ECF No. 56) is DENIED.

IT IS SO ORDERED.

Dated this 29th day of May, 2019.

_____
ROBERT C. JONES
United States District Judge